UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25744-DPG

BRIDLINGTON BUD LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint [DE 1], attached hereto.

DATED: December 10, 2025.    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
| --- | --- | --- |
| 1 | sichendianzi | https://www.walmart.com/global/seller/102494758 |
| 2 | BJ develop LLC | https://www.walmart.com/global/seller/102661501 |
| 3 | FFUKOV | https://www.walmart.com/global/seller/101630772 |
| 4 | Glamouria | https://www.walmart.com/global/seller/102748515 |
| 5 | Green Friends | https://www.walmart.com/global/seller/102662144 |
| 6 | GuiPingJu STORE | https://www.walmart.com/global/seller/102789812 |
| 7 | KaiL-US | https://www.walmart.com/global/seller/102757487 |
| 8 | LJDDensty | https://www.walmart.com/global/seller/102761853 |
| 9 | Mengzhilian | https://www.walmart.com/global/seller/101188311 |
| 10 | NLSDQEY | https://www.walmart.com/global/seller/101587206 |
| 11 | Noiaea | https://www.walmart.com/global/seller/102919596 |
| 12 | Pine | https://www.walmart.com/global/seller/102810452 |
| 13 | Prism Arc | https://www.walmart.com/global/seller/102771335 |
| 14 | Prosperity11 | https://www.walmart.com/global/seller/102853523 |
| 15 | Puxin | https://www.walmart.com/global/seller/101186438 |
| 16 | Qifa | https://www.walmart.com/global/seller/101185634 |
| 17 | safgsfgsgf | https://www.walmart.com/global/seller/102761672 |
| 18 | Shennanshi Tech | https://www.walmart.com/global/seller/102891887 |
| 19 | Beauty lady | https://www.walmart.com/global/seller/102905878 |
| 20 | SOTNDA Co. Ltd | https://www.walmart.com/global/seller/101137116 |
| 21 | Zhoukai Clothing | https://www.walmart.com/global/seller/101665038 |
| 22 | Superluck | https://www.walmart.com/global/seller/102850752 |
| 23 | Wuuwee | https://www.walmart.com/global/seller/101626893 |
| 24 | XiangyuLi | https://www.walmart.com/global/seller/101666089 |
| 25 | YHGFVOKJ Clothing | https://www.walmart.com/global/seller/101664860 |
| 26 | King Good System | https://www.walmart.com/global/seller/102772056 |