## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 25-cv-25744-DPG

BRIDLINGTON BUD LTD,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

*Defendants*.

_____/

## <u>CERTIFICATION REGARDING PRIOR SUITS</u>

I, Andrew J. Palmer, declare and state as follows:

1.  I am an attorney duly admitted to practice before this District Court. I am over 18 years of age. This certification regarding prior suits is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2.  I have conducted a nationwide search on the Public Access to Court Electronic Records (PACER) to determine whether any Defendant identified on Schedule A had ever been sued by Plaintiff prior to the filing of this suit for alleged violations of Plaintiff's intellectual property rights.

3.  Based on my search and Plaintiff's filing records, Plaintiff previously instituted an action involving Defendants No. 11, Noiaea, and No. 12, Pine, in FLSD Case No. 25-cv-25197, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "AUQ" in connection with blankets and related products.

4.  Plaintiff also instituted an action involving Defendant No. 13, Prism Arc, in FLSD Case No. 25-cv-24098, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations*

*Identified on Schedule A*, alleging infringement of the trademark "GJX" in connection with batteries, battery chargers, and related products.

5.    Plaintiff further instituted an action involving Defendants No. 18, Shennanshi Tech, and No. 22, Superluck in FLSD Case No. 25-cv-25594, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "DESIGNICE" in connection with jewelry and timepieces.

6.    Plaintiff also instituted an action involving Defendant No. 22, Superluck, in FLSD Case No. 25-cv-25595, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "GJX" in connection with eyewear and accessories.

7.    Plaintiff further instituted an action involving Defendant No. 23, Wuuwee, in FLSD Case No. 25-cv-25591, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "ACDANC" in connection with cleaning products.

8.    Plaintiff additionally instituted an action involving Defendants No. 6, GuiPingJu STORE and No. 13, Prism Arc in FLSD Case No. 25-cv-24010, *Bridlington Bud Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "TELOLY" in connection with hats, socks, headbands, articles of clothing, and related products.

9.    In these prior matters, Plaintiff alleged infringement of different trademarks ("AUQ", "GJX", "DESIGNICE", "ACDANC" and "TELOLY") by involved Defendants, related to different infringing products. Case No. 25-cv-25197, Case No. 25-cv-24098, Case No. 25-cv-25591, Case No. 25-cv-25594 and Case No. 25-cv-25595 remain pending, while Case No. 25-cv-24010 has been dismissed. None of these cases involves any claims related to the instant case or

the trademark at issue here, which is the "TELOLY" mark for apparel, headwear, gloves, belts and related accessories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 10, 2025.                    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
**Attorney for Plaintiff**